# Court of Appeals
# of the State of Georgia

ATLANTA,   October 19, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0055.  ANGELA MADDOX, et al. v. REGGIE DAVIS, et al.

Angela Maddox and Arrgon Hankins filed an action against the City of Smyrna and several police officers, asserting claims related to their September 2010 arrests. On August 7, 2012, the trial court entered several orders granting various defendants summary judgment.   On September 19, 2012, Maddox and Hankins filed this application, seeking review of the trial court's August 7 orders.[1]

The August 7 orders were directly appealable because they granted summary judgment and because the trial court certified them as final pursuant to OCGA § 9-11-54 (b).  See OCGA § 9-11-56 (h); OCGA § 9-11-54 (b).  Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992). Maddox and Hankins filed their application 43 days after the trial court's orders were entered. Accordingly, their application is untimely and must be DISMISSED for lack of jurisdiction.

---

[1] The Applicants titled their filing "Joint Application for Interlocutory Appeal" but did not include a certificate of immediate review.  Accordingly, their filing was docketed as an application for discretionary appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/19/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*